**IT IS ORDERED as set forth below:**

Date: March 13, 2020

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| LAVELLE LUNDRE JOHNSON, | CHAPTER 13 |
| DEBTOR | CASE NO. 19-67346-JWC |

**ORDER ON DEBTOR'S MOTION TO CONVERT TO CHAPTER 13**

On January 28, 2020, Debtor filed a Motion to Convert to Chapter 13 (Doc 10) (the "Motion") seeking to convert his Chapter 7 bankruptcy case to a case under Chapter 13 of Title 11 of the United States Code. The Motion came before the Court for hearing on February 27, 2020. No opposition was filed with the Court or announced at the hearing. The Court having considered the Motion, it is hereby

**ORDERED** the Motion to Convert is **GRANTED**: the above-styled case is hereby **CONVERTED** from a case under Chapter 7 to a case under Chapter 13 in accordance with 11

U.S.C. § 706(a). It is further

**ORDERED** that the chapter 7 trustee or any other entity entitled to compensation may file an application for compensation and reimbursement of expenses.

The Clerk of Court is directed to serve a copy of this Order upon Debtor, Debtor's counsel, the Chapter 7 Trustee, the Chapter 13 Trustee, the United States Trustee, and all creditors or parties in interest set forth on the creditors' matrix maintained by the Clerk of Court for this bankruptcy case.

**[END OF DOCUMENT]**

Prepared and Submitted by
JEFF FIELD & ASSOCIATES:

/s/ Christopher J. Sleeper
_____
CHRISTOPHER J. SLEEPER
Attorney for Debtor
State Bar No. 700884
342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

## IDENTIFICATION OF PARTIES TO BE SERVED

S. Gregory Hays
3343 Peachtree Road, NE
Atlanta, GA 30326-1085

Nancy J. Whaley
303 Peachtree Center Ave NE
Atlanta, GA 30303

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

R. Jeffrey Field
Jeff Field & Associates
342 North Clarendon Avenue
Scottdale, Georgia 30079

Lavelle Lundre Johnson
187 Shelton Drive
McDonough, GA 30252