## STATUS OF CASE   A19-67346-JWC

Dated:  May 24, 2022

DEBTOR:
LAVELLE LUNDRE JOHNSON
187 SHELTON DRIVE
MCDONOUGH, GA 30252

ATTORNEY:
R. JEFFREY FIELD & ASSOCIATES
342 N. CLARENDON AVE
SCOTTDALE, GA  30079
(404) 499-2700

| | | | |
|---|---|---|---|
| Date Filed: | March 16, 2020 | Balance On Hand: | $0.00 |
| First Meeting Date: | April 16, 2020 | Total Paid In: | $25,970.00 |
| Bar Date: | July 15, 2020 | Total Monthly Pmt Amount: | $1,100.00 |
| Confirmation Date: | October 28, 2020 | Total Disbursed: | $25,970.00 |
| Case Status: ACTIVE | | Unsecured Creditor Percentage: | $50.00% |

The following information reflects the current status of your case. Payoff amounts, claim amounts and the status of claims are always SUBJECT TO AUDIT PRIOR TO PAYOUT.

This Status Report does not include future interest or future Trustee Fee. *
You may not refinance or sell property without prior Court approval.

All lawsuits and settlements are required to be disclosed and approved by the Bankruptcy Court.  If you are involved any lawsuit or cause of action, you MUST provide an update to your bankruptcy lawyer concerning the status of th lawsuit or any settlement.  Failure to do so may cause you to lose your right to any settlement proceeds.

**Payments Received During the Last 6 Month**

| | | | |
|---|---|---|---|
| December 22, 2021 | $1,100.00 | January 25, 2022 | $1,100.00 |
| February 25, 2022 | $1,100.00 | March 24, 2022 | $1,100.00 |
| April 28, 2022 | $1,100.00 | | |

**Claims:**

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE W/O INT* |
|---|---|---|---|---|---|
| SIMMONS BANK (PD DIRECT BY | Notice Only | $0.00 | $0.00 | $0.00 | $0.00 |
| SUNTRUST BANK NOW TRUIST | Notice Only | $52,917.53 | $0.00 | $0.00 | $0.00 |
| TAB BANK | Notice Only | $30,715.89 | $0.00 | $0.00 | $0.00 |
| GEORGIA DEPARTMENT OF RE | Priority | $0.00 | $0.00 | $0.00 | $0.00 |
| IRS INSOLVENCY UNIT | Priority | $0.00 | $0.00 | $0.00 | $0.00 |
| AMERICAN HONDA FINANCE | Secured | $17,073.38 | $17,073.38 | $606.31 | $0.00 |
| WELLS FARGO BANK, N.A. | Secured | $945.75 | $945.75 | $0.00 | $0.00 |
| WELLS FARGO BANK, N.A. | Secured | $0.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO HOME MORTGA | Secured | $0.00 | $0.00 | $0.00 | $0.00 |
| WYNDHAM VACATION OWNERS | Secured | $0.00 | $0.00 | $0.00 | $0.00 |
| BARCLAYSBANKDE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | $8,380.68 | $107.08 | $0.00 | $4,322.78 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | $7,686.28 | $98.25 | $0.00 | $3,964.56 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | $6,159.48 | $78.70 | $0.00 | $3,177.08 |
| CHASE INK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| DISCOVER BANK | Unsecured | $3,702.65 | $47.31 | $0.00 | $1,909.84 |
| DISCOVER PERSONAL LOANS | Unsecured | $12,501.51 | $159.73 | $0.00 | $6,448.32 |
| FUNDBOX RESOLUTIONS | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| KABBAGE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

**STATUS OF CASE A19-67346-JWC    LAVELLE LUNDRE JOHNSON**

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE W/O INT* |
|---|---|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | Unsecured | $33,169.81 | $423.82 | $0.00 | $17,109.08 |
| QUANTUM3 GROUP LLC AS AGI | Unsecured | $5,849.06 | $74.76 | $0.00 | $3,016.94 |
| QUANTUM3 GROUP LLC AS AGI | Unsecured | $9,716.15 | $124.15 | $0.00 | $5,011.61 |
| ROBINS FINANCIAL CREDIT UNI | Unsecured | $12,544.17 | $160.28 | $0.00 | $6,470.32 |
| U.S. NAVY FEDERAL CREDIT UI | Unsecured | $12,528.81 | $160.09 | $0.00 | $6,462.39 |
| USAA FEDERAL SAVINGS BANI | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

**Administrative Costs:**

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| Trustee Fees | Priority | $1,710.39 | $1,710.39 | $0.00 | TBD * |
| Debtor Refund | Priority | $0.00 | $0.00 | $0.00 | $0.00 |
| Attorney Fees | Priority | $4,200.00 | $4,200.00 | $0.00 | $0.00 |
| Filing Fees | Priority | $0.00 | $0.00 | $0.00 | $0.00 |

**Notice is hereby given that information relating to your Chapter 13 Bankruptcy case will be made available on the internet to your creditors and other parties in interest.**

Pursuant to 11 U.S.C. § 1302(b)(1) and 704(7), your Chapter 13 Trustee has a duty, unless otherwise ordered by the Bankruptcy Court, to furnish information concerning the administration of your bankruptcy case as is requested by parties in interest.

In furtherance of this duty, the Chapter 13 Trustee will make information available to parties in interest who request information such as the following:

1)    Your name, address, bankrupcy case number, state and district in which your case is pending, and the Trustee assigned to your case. Your Social Security Number will not be visible to parties in interest, but they will be able to search for your bankruptcy case using your Social Security Number. Furthermore, your employer's name will not be displayed;

2)    Information regarding claims filed against your bankruptcy case including the identity of the claimant, the type of claim (e.g., priority taxes, secured, unsecured, etc.), and the amount of the claim;

3)    A history of all payments you make to the Chapter 13 Trustee in your bankruptcy case including the date and amount of each payment;

4)    A history of all disbursements made by the Chapter 13 Trustee in your bankruptcy case including the date of the disbursement, the payee, and the amount;

You may review, without charge, the information about your Chapter 13 bankruptcy case that is posted on the Internet. If you believe the information about your bankruptcy case is inaccurate, you can contact the NDC to report the error and you should receive a written response from the NDC within thirty (30) days following receipt of such report.

The URL address where your information is posted is www.ndc.org which is operated by the National Data Center, Inc., ("NDC"). You can contact the NDC at 866-938-3639.

**STATUS OF CASE A19-67346-JWC    LAVELLE LUNDRE JOHNSON**



# TOOLS FOR SUCCESS

## GET EMAIL UPDATES AND REMINDERS ABOUT YOUR CASE



- You can receive updates and reminders about your Chapter 13 case via email. Please provide your email address to our office at: **info@njwtrustee.com** to begin receiving emails from the Trustee.

- If you already receive emails from the Trustee and your email has changed, please update your email by sending the new address to: **info@njwtrustee.com**



## SIMPLIFY MONTHLY PAYMENTS:
## MAKE PAYMENTS ONLINE

Are your monthly plan payments deducted from your pay check? If <u>NOT</u>, you have Options:

1. Talk to your lawyer about setting up an employer deduction order (EDO) and your payment can be sent directly to the Trustee.
2. Set up one time or recurring monthly payments with **TFS** for online payments. www.tfsbillpay.com
3. Make your monthly payment each month with the Trustee's Epay portal.

For more about payment options and other helpful information for the Chapter bankruptcy process please visit our **website : https://www.njwtrustee.com** and review 'DEBTOR RESOURCES'