**IT IS ORDERED as set forth below:**

**Date: October 28, 2022**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE:  ) | CHAPTER 13 |
| LAVELLE LUNDRE JOHNSON  ) | CASE NUMBER A19-67346-JWC |
| ) | |
| DEBTOR  ) | |

### CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE TAX RETURNS OR REFUNDS

On October 26, 2022 at 1:30 pm, the Court held a hearing on the Trustee's Motion to Dismiss based upon the failure of the Debtor to remit tax return(s) or refund(s) to the Chapter 13 Trustee. It further appears to the Court that the Debtor, through counsel, agreed at the call of the Court's calendar to a consent agreement. For cause shown, **IT IS HEREBY**

**ORDERED,** that the Debtor shall remit their Federal Income tax return or proof of an Income Tax Extension to the Trustee by May 15th of each calendar year for the remaining years the case is pending. If an extension is provided then the Debtor must provide the actual return to the Trustee by the extension deadline to be in compliance with the terms of this Order. Additionally, unless further Court order allows retention, the Debtor shall pay any tax refund for the years of the Debtor's Applicable Commitment Period or any other agreed upon years to the

Trustee by May 15th of each calendar year.  If the Debtor fails to provide either the tax refund or tax return to the Trustee by May 15th or the date of the granted extension then the case shall be dismissed without further hearing upon receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.  The Debtor may also submit notice to the Trustee that they are not required to file Federal Income Tax Returns or notice to the Trustee if the anticipated refund has not been received by the Debtor by the May 15th due date.  Prior to recommending dismissal the Trustee shall contact the Debtor's attorney via email to alert them of the default at least 10 business days prior to recommending dismissal by supplemental report.  Additionally, a letter will be sent to the Debtor each calendar year requesting a copy of the tax return and **IT IS FURTHER**

**ORDERED,** that due to the Debtor spending the Federal Income tax refund(s) for the 2021 tax year(s) without prior permission of the Court, the plan base is hereby increased by $1,000.00.

The Clerk of the Court is directed to serve this Order on the parties included in the attached distribution list.

**END OF DOCUMENT**

CONSENTED TO BY:

/s/_____   /s/_____
Julie M. Anania                           Christopher Sleeper
Attorney for the Chapter 13 Trustee       Attorney for Debtor
State Bar No. 477064                      State Bar No. 700884
303 Peachtree Center Avenue, NE           R. Jeffrey Field & Associates
Suite 120                                 342 N. Clarendon Ave
Atlanta, GA 30303                         Scottdale, Ga  30079
678-992-1201                              *Signed by Julie M. Anania*
                                          *with express permission*

## **DISTRIBUTION LIST**

**Case No.: A19-67346-JWC**

**Debtor:**
Lavelle Lundre Johnson
187 Shelton Drive
Mcdonough, Ga  30252

**Debtor Attorney:**
R. Jeffrey Field & Associates
342 N. Clarendon Ave
Scottdale, Ga  30079

**Chapter 13 Trustee:**
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA 30303