BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP          BDFTE#  00000009751439
4004 BELT LINE ROAD SUITE 100
ADDISON,  TX 75001
(972) 341-0515

Attorney for WELLS FARGO BANK, N.A.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-67346-JWC |
| | § | |
| LAVELLE LUNDRE JOHNSON, | § | |
|     Debtor | § | CHAPTER 13 |
| | § | |
| WELLS FARGO BANK, N.A. , | § | |
|     Movant | § | CONTESTED MATTER |
| | § | |
| v. | § | |
| | § | |
| QUERIDA L JOHNSON, | § | |
| Co-Debtor; and NANCY J. | § | |
| WHALEY, Trustee | § | |
|     Respondents | § | |

**MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM STAY OF ACTION
AGAINST CO-DEBTOR PURSUANT TO 11 U.S.C. § 1301(a) AND WAIVER OF
THIRTY DAY REQUIREMENT PURSUANT TO § 362(e)**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW WELLS FARGO BANK, N.A., Movant, by and through the

undersigned attorney, and moves the Court as follows:

1.	This Motion is brought pursuant to 11 U.S.C. §1301(c) in accordance with Rule

4001 of the Bankruptcy Rules.

2.	On or about October 31, 2019, LAVELLE LUNDRE JOHNSON (hereinafter

"Debtor") filed a petition for an order of relief under 7 of the Bankruptcy Code. The case

was subsequently converted to a case under Chapter 13 of the Bankruptcy Code on March 16, 2020.

3.      At the time of filing the Chapter 13 petition, Movant held a Note executed on September 30, 2014, by QUERIDA L JOHNSON and LAVELLE L JOHNSON in the original amount of TWO HUNDRED SEVENTY-SEVEN THOUSAND EIGHT HUNDRED SIXTY-THREE DOLLARS AND ZERO CENTS ($277,863.00) with interest thereon at the rate of 3.250% per annum, as modified by loan modification dated November 03, 2021.  A true and correct copy of the Note is attached hereto as Exhibit "A".

4.      The indebtedness is secured by a Security Deed dated September 30, 2014 and executed by QUERIDA L JOHNSON and LAVELLE L JOHNSON on real estate with all improvements known as:

> ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 8 OF THE 7TH DISTRICT OF HENRY COUNTY,  GEORGIA,  BEING LOT 43, EAST LAKE ESTATES SUBDIVISION, AS PER PLAT THEREOF RECORDED AT PLAT BOOK 48, PAGES 62-66, HENRY COUNTY RECORDS, SAID PLAT BEING INCORPORATED HEREIN AND MADE A PART HEREOF BY THIS REFERENCE, AND HAVING A STREET ADDRESS OF 187 SHELTON DRIVE, MCDONOUGH, GA 30252. ACCORDING TO THE PRESENT SYSTEM OF NUMBERING

> MORE COMMONLY KNOWN AS; 187 SHELTON DR, MCDONOUGH, GEORGIA 30252

A true and correct copy of the Security Deed is attached hereto as Exhibit "B".

5.      QUERIDA L JOHNSON (hereafter Co-Debtor) is liable with the Debtor on the debt referenced in Exhibits "A" and/or "B".  Under the terms of the Agreement, Movant has a right to collect all payments from Co-Debtor to the extent they are not made by the Debtor at the time they are due.

6.      The filing of the petition for an order of relief under Chapter 13 has automatically stayed Movant, pursuant to 11 U.S.C. §1301(a), from proceeding to collect the debt.  Continuation of the Stay under §1301(a) will cause irreparable harm to Movant.

7.      Debtor and Co-Debtor failed to maintain current the post-petition payments due under the Note and as of March 29, 2023, Debtor and Co-Debtor are in arrears for:

> 3 payment(s) which represents payment(s) for January 01, 2023 through March 01, 2023 ($2,156.32 each) totaling $6,468.96
>
> Less debtor suspense funds of $0.00 for total post petition arrears of $6,468.96

8.      The outstanding indebtedness to Movant  is $275,401.74 principal plus accrued interest, late charges, attorneys fees and costs as provided in the Note and Security Deed.

9.      In accordance with the terms of the Note and Security Deed, Movant would allege that it is entitled to reasonable post-petition attorneys fees, including, but not limited to, fees, if any, for the preparation and filing of a proof of claim and fees and costs for the filing of this Motion for Relief from Stay.

10.      By reason of the foregoing, Movant requests the Court to terminate the stay.

11.      Alternatively and by reason of the foregoing, Movant requests the Court condition the stay under 11 U.S.C. §1301(a) so that it will lift upon termination of the Stay under 11 U.S.C. §362(a).

WHEREFORE, Movant prays that this Court enter an order, after notice and hearing, terminating the automatic stay under §1301(a) as to Movant and waives right to hearing within thirty (30) days as provided by 11 U.S.C. § 362(e); or conditioning the Stay under §1301(a) to lift upon termination of the Stay under § 362(a) unless within twenty one (21) days such party

files an objection to relief.  Movant further prays that upon termination of the automatic stay,

the pre-petition arrears shall no longer be funded under the Chapter 13 Plan, the post petition

payments shall no longer be required & 11 USC § 1322(b)(5) shall no longer be applicable,

therefore Movant and Trustee shall no longer be subject to subsequent notice requirements of

Federal Rule of Bankruptcy Procedure 3002.1 with regard to the above described property and

that the court waive the provision of Rules 4001(a)(3) and the Movant be permitted to

immediately enforce and implement any order granting relief from the automatic stay; that

Movant be awarded its reasonable post-petition attorneys fees and expenses for this Motion;

and, that Movant be granted such other and further relief as is just.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY:  /s/ John Callison _____  04/10/2023

John Callison
GA NO. 167972
4004 BELT LINE ROAD SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0515
Facsimile: (972) 661-7725
E-mail:  GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2023, true and correct copy of the foregoing Notice of

Hearing and Motion for Relief from Stay as to Co-Debtor was served via electronic means as

listed on the Court's ECF noticing system or by regular first class mail to the parties on the

attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ John Callison                                     04/10/2023

John Callison
GA NO. 167972
4004 BELT LINE ROAD SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0515
Facsimile: (972) 661-7725
E-mail:  GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

**DEBTOR:**
LAVELLE LUNDRE JOHNSON
187 SHELTON DRIVE
MCDONOUGH, GA 30252

**CO-DEBTOR:**
QUERIDA L JOHNSON
187 SHELTON DRIVE
MCDONOUGH, GA 30252

**TRUSTEE:**
NANCY J. WHALEY
303 PEACHTREE CENTER AVENUE
SUITE 120, TRUIST PLAZA GARDEN OFFICES
ATLANTA, GA  30303

**DEBTOR'S ATTORNEY:**
R. JEFFREY FIELD
342 NORTH CLARENDON AVENUE
SCOTTDALE, GA  30079

**PARTIES IN INTEREST:**
None

**PARTIES REQUESTING NOTICE:**
None