**IT IS ORDERED as set forth below:**

**Date: May 30, 2023**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-67346-JWC |
| | § | |
| LAVELLE LUNDRE JOHNSON, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| Movant | § | CONTESTED MATTER |
| | § | |
| v. | § | |
| | § | |
| QUERIDA L JOHNSON, | § | |
| Co-Debtor; and NANCY J. | § | |
| WHALEY, Trustee | § | |
| Respondents | § | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY OF ACTION AGAINST
CO-DEBTOR PURSUANT TO 11 U.S.C. § 1301(a) AND WAIVER OF THIRTY DAY
REQUIREMENT PURSUANT TO 11 U.S.C. §362(e) FILED BY
<u>WELLS FARGO BANK, NA</u>**

On April 10, 2023, a Motion For Relief From Stay Of Action Against Co-Debtor Pursuant

To 11 U.S.C. §1301(a) And Waiver Of Thirty Day Requirement Pursuant To 11 U.S.C. §362(e)

(the "Motion") was filed by WELLS FARGO BANK, NA, (the "Movant") (Docket No. 63) in

the above-referenced case regarding real property located at 187 SHELTON DRIVE,

MCDONOUGH, GEORGIA 30252.  Hearing before this Court was originally set for May 02,

2023 reset to May 16, 2023.  Movant contends that the Motion was properly served pursuant to

the Federal and Local Rules of Bankruptcy Procedure.  No opposition was presented by Co-

Debtor or Trustee, accordingly,

    **IT IS THEREFORE ORDERED** that the Motion For Relief From Stay Of Action Against

Co-Debtor Pursuant To 11 U.S.C. §1301(a) And Waiver Of Thirty Day Requirement Pursuant

To 11 U.S.C. §362(e) filed by the WELLS FARGO BANK, NA on April 10, 2023, is hereby

**GRANTED** so as to authorize the Movant to take any and all steps necessary to exercise any and

all rights it may have in the property described, to wit:


    ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 8
OF THE 7TH DISTRICT OF HENRY COUNTY,  GEORGIA,  BEING LOT 43, EAST
LAKE ESTATES SUBDIVISION, AS PER PLAT THEREOF RECORDED AT PLAT
BOOK 48, PAGES 62-66, HENRY COUNTY RECORDS, SAID PLAT BEING
INCORPORATED HEREIN AND MADE A PART HEREOF BY THIS REFERENCE,
AND HAVING A STREET ADDRESS OF 187 SHELTON DRIVE, MCDONOUGH,
GA 30252. ACCORDING TO THE PRESENT SYSTEM OF NUMBERING

    MORE COMMONLY KNOWN AS; 187 SHELTON DR, MCDONOUGH, GEORGIA
30252

    IT IS FURTHER ORDERED that, the provision of Fed. R. Bankr. P 4001(a)(3) is hereby

waived and Movant may immediately implement this Order Lifting Stay.



END OF DOCUMENT

APPROVED AS TO FORM AND SUBSTANCE:

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ JOHN CALLISON                         /s/ JULIE M. ANANIA WITH EXPRESS PERMISSION
    John Callison                         JULIE M. ANANIA
    GA NO. 167972                         GA NO 477064
    4004 BELT LINE ROAD SUITE 100         STAFF ATTORNEY FOR NANCY J.
    ADDISON, TX 75001                     WHALEY
    Telephone: (972) 341-0515             303 PEACHTREE CENTER AVE.
    Facsimile: (972) 661-7725             SUITE 120
    Email: GA.ND.ECF@BDFGROUP.COM         ATLANTA, GA 30303
    ATTORNEY FOR MOVANT                   CHAPTER 13 TRUSTEE

## DISTRIBUTION LIST

**DEBTOR:**
LAVELLE LUNDRE JOHNSON
187 SHELTON DRIVE
MCDONOUGH, GA 30252

**CO-DEBTOR:**
QUERIDA L JOHNSON
187 SHELTON DRIVE
MCDONOUGH, GA 30252

**TRUSTEE:**
NANCY J. WHALEY
303 PEACHTREE CENTER AVENUE
SUITE 120, TRUIST PLAZA GARDEN OFFICES
ATLANTA, GA  30303

**DEBTOR'S ATTORNEY:**
R. JEFFREY FIELD
342 NORTH CLARENDON AVENUE
SCOTTDALE, GA  30079

**PARTIES IN INTEREST:**
None

**PARTIES REQUESTING NOTICE:**
None